UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BOBBY E. FERRELL, JR. | ) | |
| | ) | |
| v. | ) | No. 3:15-01103 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

## ORDER

Pending before the Court are the Petitioner's Motion For Relief Under 28 U.S.C. § 2255 (Docket No. 1); the Government's Response To Petitioner's Motion For Relief Under 28 U.S.C. § 2255 (Docket No. 6); the Petitioner's Reply (Docket No. 10); the Government's Answer (Docket No. 11); the Petitioner's Supplemental Brief (Docket No. 15); the Petitioner's Second Supplemental Brief (Docket No. 19); the Government's Supplemental Brief (Docket No. 20); the Government's Supplemental Brief Regarding *Shepard* Documents (Docket No. 22); and the Petitioner's Response To Government's Supplemental Brief (Docket Nos. 25, 26).

For the reasons set forth in the accompanying Memorandum, the request for Section 2255 relief (Docket No. 1) is DENIED, and this action is DISMISSED. The Government's Motion To Dismiss Petition As Untimely (Docket No. 6) is DENIED, as moot.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

Should the Petitioner give timely notice of an appeal from this Memorandum and Order, such notice shall be treated as a application for a certificate of appealability, 28 U.S.C. 2253(c), which will not issue because the Petitioner has failed to make a substantial showing of the denial of a constitutional right. Castro v. United States, 310 F.3d 900 (6th Cir. 2002).

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE